JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICHARD CHAMPION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 5:23-cv-01566-AB-AS<br><br>JUDGMENT |

This action came before the Court, Hon. Andre Birotte Jr., District Judge Presiding, on a Motion to Dismiss, and the arguments presented having been fully considered, the issues having been duly heard and a decision (ECF 46) having been duly rendered on December 3, 2024,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits with prejudice, and **JUDGMENT IS ENTERED** in favor of Defendant, United States of America and against the plaintiff. Each party shall bear its own costs.

**IT IS SO ENTERED**.

DATED: December 26, 2024

_____
HON. JUDGE ANDRÉ BIROTTE JR.
United States District Judge